**FILED**
CLERK, U.S. DISTRICT COURT

5/8/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI FREDERICK GOODMAN, | CASE NO. 2:18-CV-00583-SK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, | |
| Commissioner of Social Security, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: ___May 08, 2019___

_____
STEVE KIM
U.S. MAGISTRATE JUDGE